**Entered on Docket**
**December 22, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Attorneys for *Wilshire Credit Corporation as servicer for LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-RM2*

*E-lodged: December 9, 2009*

## UNTIED STATES BANKRUPTCY COURT
## DISTRICTOF NEVADA

| | |
|---|---|
| In Re:<br><br>JOANNA CHARLENE GOLDEN<br>aka JOANNE CHARLENE GOLDEN,<br><br>                Debtor. | )<br>) Case No. 08-10007-MKN<br>) Chapter 13<br>)<br>) Date: November 19, 2008<br>) Time: 1:30 p.m.<br>)<br>)<br>) |

**EX PARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER**

Pursuant to the Second Amended Adequate Protection Order entered on December 15, 2008, the above referenced Debtor was obligated to maintain regular monthly payments to Secured Creditor.

Debtors have failed to comply thereby necessitating written notice(s) of default.

Based on the failure to cure and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Automatic Stay in

P:\Bankruptcy Forms\Golden Order.doc

the above-entitled Bankruptcy case is immediately extinguished as to the Debtor and the Trustee in favor of Secured Creditor, *Wilshire Credit Corporation as servicer for LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-RM2,* as it pertains to the following property generally described as:

1261 Shadow Mountain Place, Las Vegas, Nevada 89108.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the subject property.

IT IS SO ORDERED.

DATED this 9th day of December, 2009.

*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq.
BROOKS BAUER LLP
300 S. 4th St., Suite 815
Las Vegas, Nevada 89101